Sam Rainey, Esq. (pro hac vice to be filed)
Thomas A. Brusstar, Esq. (pro hac vice to be filed)
**McCULLOUGH P.C.**
205 N. Michigan Ave., Suite 2550
Chicago, IL 60601
Sam.Rainey@mcculloughpc.com
Thomas.Brusstar@mcculloughpc.com

Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER ROSALES, by and through RAMIRO ALVARADO-ROSALES as Special Administrator; RAMIRO ALVARADO-ROSALES, individually, SADEE GRACE ROSALES, A MINOR, by and through BRYTTNY RAENE HENSON, her natural parent and guardian, as assignees of CTD LABS, LLC, a foreign limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBERS SAPHIRE BLUE, a series of RSG UNDERWRITING MANAGERS, LLC, a foreign limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No: 2:20-cv-00598-KJD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs, the Estate of Christopher Rosales, by and through Ramiro Alvarado-Rosalas as Special Administrator, Ramiro-Alvarado-Rosales, individually, Sadee Grace Rosales, a minor, by and through Bryttny Raene Hensen, her natural parent and guardian (collectively the "Plaintiffs"), by and through their counsel of record, Jerome R. Bowen, Esq. of Bowen Law Offices; and Defendants, Certain Underwriters at Lloyds of London Subscribing to Policy Numbers, and RSG Underwriting Managers, LLC (erroneously sued as Saphire [sic] Blue, a series of RSG Underwriting Managers,

1585382v.1

LLC) ("Defendants"), by and through their counsel of record, Chad C. Butterfield, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby stipulate and agree to extend the deadline for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint by thirty (30) days, from April 6, 2020 to **May 6, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension. The ongoing concerns related to the COVID-19 pandemic and restrictions imposed on social gathering have impacted the operations of Defendants and undersigned counsel's office, and have resulted in numerous logistical issues. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of the deadline.

DATED this 6th day of April, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendants*

DATED this 6th day of April, 2020.

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
9960 w. Cheyenne Ave., Suite 250.
Las Vegas, NV 89129
*Attorney for Plaintiffs*

### ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 6th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

-2-

1585382v.1