JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER ROSALES, by and through RAMIRO ALVARADO-ROSALES as Special Administrator; RAMIRO ALVARADO-ROSALES, individually, SADEE GRACE ROSALES, A MINOR, by an through BRYTTNY RAENE HENSON, her natural parent and guardian, as assignees of CTD LABS, LLC, a foreign limited liability company,<br><br>                Plaintiffs,<br>      vs.<br><br>CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBERS SAPHIRE BLUE, a series of RSG UNDERWRITING MANAGERS, LLC, a foreign limited liability company; DOES I through X; and ROE CORPORATIONS I through X.<br><br>                Defendants, | Case No: 2:20-cv-00598-KJD-VCF<br><br><br><br><br><br><br><br><u>**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**</u> **(ECF 10)**<br><br>**(First Request)** |

Plaintiff and Defendant have stipulated and agreed to a fourteen (14) day extension of time from May 20, 2020 to June 3, 2020 for Plaintiff to file it's Response to Defendant's Motion to Dismiss (ECF 10) filed on May 6, 2020.  The reasons supporting this stipulation are as follows: Given the unfortunate circumstances associated with COVID-19, Plaintiff's counsel has invoked limited and remote working conditions for its office.  Counsel requires additional time to have meaningful discussions with client(s) and file review as to provide the Court a complete outline of facts and issues. These unforseen circumstances has placed a convergence on counsel's commitments also necessitating this request.  This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 19th  day of May, 2020.

/s/ Jerome R. Bowen, Esq.
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Plaintiff

Dated this 19th day of May, 2020.

/s/ Chad C. Butterfield, Esq.
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of May, 2020.

_____
U.S. DISTRICT COURT JUDGE

BOWEN LAW OFFICES
9960 W. Cheyenne Avenue Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797